■ PETER FREEMAN et al., Respondents, v BEVERLY L. HERTZOFF et al., Respondents, and NEW YORK UNIVERSITY, Appellant.

In connection with the claim that defendant New York University (NYU) negligently supervised its premises, the parties are entitled to discovery for a reasonable period prior to the fire which, it is alleged, was caused by NYU's students dropping incendiary material from their dormitory onto a

neighboring building. The three year period permitted here is reasonable *(Matos v City of New York,* 78 AD2d 834). For the purposes of discovery, a history of the discarding of refuse by NYU students onto the neighboring roof, and the fire marshall's report which attributes the cause to "probably careless discard of smoking material" sufficiently establishes relevancy.

We have considered appellant's remaining arguments and find them to be without merit. Concur—Ellerin, J. P., Kupferman, Ross and Smith, JJ.